UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ADRIANO FREIRE
LOURDES MENDES

    VS.                                    C.A. NO.: 12-603M

MIDFIRST BANK, ALIAS,
MIDLAND MORTGAGE, ALIAS,
GOVERNMENT NATIONAL
MORTGAGE ASSOCIATION POOL
630927, ALIAS
AND JOHN DOE, ALIAS

## NOTICE OF DISMISSAL

Plaintiffs, by their attorney, voluntarily dismiss this action without prejudice pursuant to FRCP 41.

                                                ADRIANO FREIRE
                                                LOURDES MENDES
                                                By their Attorney

March 29, 2014                          John B. Ennis
                                                JOHN B. ENNIS, ESQ. #2135
                                                1200 Reservoir Avenue
                                                Cranston, Rhode Island 02920
                                                (401) 943- 9230

## CERTIFICATION

I hereby certify that I forwarded a copy of the above Notice of Voluntary Dismissal Without Prejudice to the following electronically or by regular mail, postage prepaid on this 29th day of March, 2014:

David S. Pellegrino, Esq.
Partridge, Snow & Hahn
40 Westminster Street
Suite 1100
Providence, Rhode Island 02903

Richard Myrus, Esq.
United States Attorney Office
50 Kennedy Plaza
8th Floor
Providence, Rhode Island 02903

/s/ John B. Ennis